100

## SANDERS v. STATE.
No. 25764.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Upon a plea of guilty, appellant was assessed the maximum punishment for simple assault.

There appearing no bills of exception or statement of facts in the record, the judgment is affirmed.

Opinion approved by the Court.

## COLLINS v. STATE.
No. 25741.

Court of Criminal Appeals of Texas.
March 12, 1952.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the sale of intoxicating liquor in a dry area with the penalty assessed at a fine of $200.

In as much as the record brought forward contains neither a statement of facts nor bill of exception, nothing is presented for review. All proceedings appear to be in regular form.

The judgment of the trial court is affirmed.